NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONTENT EXTRACTION AND TRANSMISSION LLC,**
*Plaintiff-Appellant,*

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION,**
*Defendant-Appellee,*

and

**THE PNC FINANCIAL SERVICES GROUP, INC.**
and
**PNC BANK, N.A.,**
*Defendants-Appellees.*

---

13-1588

---

Appeal from the United States District Court for the District of New Jersey in case no. 12-CV-2501, 12-CV-6960 United States District Judge Michael A. Shipp

---

ON MOTION

O R D E R

Upon consideration of the appellant Content Extraction and Transmission LLC unopposed motion to extend time to file their principal brief until November 12, 2013,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

October 17, 2013            /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk

cc: Noam Kritzer
Frederick Lee Whitmer
Jean-Marc Zimmerman